IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| JAWANZ E. COCHRAN, #1667337 | § | |
| VS. | § | CIVIL ACTION NO. 4:10cv633 |
| DIRECTOR, TDCJ-CID | § | |

### ORDER

The above-entitled and numbered civil action was referred to United States Magistrate Judge Amos L. Mazzant. The Court issued an Initial Report and Recommendation (docket entry #14), which contains proposed findings of fact and recommendations for the disposition of Petitioner's motion for default judgment (docket entry #12). Petitioner filed objections. Having made a *de novo* review of his objections and found them to be without merit, this Court concludes that the findings and conclusions in the Initial Report and Recommendation are correct, and adopts the same as the findings and conclusions of this Court. It is therefore

**ORDERED** that Petitioner's motion for default judgment (docket entry #12) is **DENIED**.

**It is SO ORDERED.**

**SIGNED this 13th day of February, 2012.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE